UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

NO. 5:10-cr-00079-BO-1

FILED
APR - 7 2011
DENNIS P. IAVARONE, CLERK
US DISTRICT COURT, EDNC
BY _____ DEP CLK

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| v. | ) | ORDER |
| | ) | |
| German Narvaez-Loyola | ) | |
| Defendant. | ) | |

Upon motion of the United States, it is hereby ORDERED that Docket Entry Number 35 and its accompanying Order in the above-captioned case be sealed by the Clerk.

It is FURTHER ORDERED that the Clerk provide copies of the filed sealed documents to the United States Attorney and Defendant's attorney.

This the _6_ day of _April_, 2011.

Terrence W. Boyle
United States District Judge